389 A.2d 685

Commonwealth v. Umberger, Appellant.

Submitted November 14, 1977. Wilbert H. Beachy, III, Public Defender, for appellant; Frederick F. Coffroth, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.